MARY FINLAY, ADMINISTRATRIX, &c., PLAINTIFF IN ERROR, v. JOSEPH HANDLEY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *John A. McGrath.*

For the defendant in error, *Hoffman & Herbert.*

*22 Vroom.*                    Finlay v. Handley.

PER CURIAM.  The judgment of the Supreme Court is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DE-PUE, GARRISON, REED, SCUDDER, BROWN, CLEMENT, COLE, McGREGOR, PATERSON, WHITAKER.  12.

*For reversal*—None.